UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NEILSEN CRAIG CONOVER,

                Plaintiff,

      v.

INTERNET YELLOW-PAGES and
BEAVERTON PUBLIC LIBRARY,

                Defendants.

No. CV06-393-PK

OPINION AND ORDER

**MOSMAN, J.,**

On March 23, 2006, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#8) in the above-captioned case recommending plaintiff's application to proceed *in forma pauperis* (#1) be GRANTED and his complaint (#2) and all other pending motions be DISMISSED with prejudice. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United*

PAGE 1 - OPINION AND ORDER

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review, I agree with Judge Papak's recommendations, and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.


DATED this   14th   day of April, 2006.


                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Court